# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COPE, JAY LYNN | § | Case No. 11-50097 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz, Trustee_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-50097 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | COPE, JAY LYNN | | | Date Filed (f) or Converted (c): | 12/14/11 (f) |
| | | | | 341(a) Meeting Date: | 02/02/12 |
| For Period Ending: | 08/27/14 | | | Claims Bar Date: | 06/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 42 Brinker Rd, Barrington, IL 60010 | 740,750.00 | 0.00 | | 0.00 | FA |
| 2. 605 Barrington Ave #230, East Dundee, IL 60118 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3. 605 Barrington Ave #228, East Dundee, IL 60118 | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. 801 N. McLean Blvd., #230, Elgin, IL 60123 | 45,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY | 900.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 4,000,000.00 | 0.00 | | 0.00 | FA |
| 13. OTHER LIQUIDATED DEBTS | 4,486,885.00 | 0.00 | | 0.00 | FA |
| 14. OTHER LIQUIDATED DEBTS | 7,308,403.00 | 0.00 | | 0.00 | FA |
| 15. OTHER LIQUIDATED DEBTS | 203,208.00 | 0.00 | | 0.00 | FA |
| 16. AUTOMOBILES AND OTHER VEHICLES | 300.00 | 0.00 | | 0.00 | FA |
| 17. BOATS AND ACCESSORIES | 200.00 | 0.00 | | 0.00 | FA |
| 18. MACHINERY & EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 19. OTHER PERSONAL PROPERTY | 1,425.00 | 0.00 | | 0.00 | FA |
| 20. Adversary Complaint (u) | Unknown | 105,000.00 | | 105,000.00 | FA |
| 21. Windsor Life Care, LLC - Sole member | 0.00 | 0.00 | | 0.00 | FA |
| 22. Windsor Life Care Bartlett - Sole Member | 0.00 | 0.00 | | 0.00 | FA |
| 23. Algonquin Shores - 1/10th of 1% | 0.00 | 0.00 | | 0.00 | FA |
| 24. Windsor Development Corporation - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 25. Running Brook Farm, LLC - Sole Member | 0.00 | 0.00 | | 0.00 | FA |
| 26. Indian Lakes of Algonquin - Sole Member | 0.00 | 0.00 | | 0.00 | FA |

Case 11-50097 Doc 79 Filed 08/27/14 Entered 08/27/14 11:20:43 Desc Main
Document Page 4 of 9

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 11-50097 JBS Judge: JACK B. SCHMETTERER  Trustee Name: Robert B. Katz, Trustee
Case Name: COPE, JAY LYNN  Date Filed (f) or Converted (c): 12/14/11 (f)
 341(a) Meeting Date: 02/02/12
 Claims Bar Date: 06/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Prairie Lake Industrial Center, LLC - 50% Member | 0.00 | 0.00 | | 0.00 | FA |
| 28. Algonquin Shores, LLC 155 - 1.0 of 1% | 0.00 | 0.00 | | 0.00 | FA |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $16,860,121.00 $105,000.00  $105,000.00 $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion filed to settle trustee claims; hearing 4/24/14. Funds received 5/5/14.

Initial Projected Date of Final Report (TFR): 12/31/14  Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-50097 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | COPE, JAY LYNN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7084 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2611 |  |  |
| For Period Ending: | 08/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/05/14 | 20 | Mary Jane Cope<br>42 Brinker Rd<br>Barrington Hills, IL 60010-4008 |  | 1249-000 | 105,000.00 |  | 105,000.00 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 135.92 | 104,864.08 |

|  | COLUMN TOTALS | 105,000.00 | 135.92 | 104,864.08 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 105,000.00 | 135.92 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 105,000.00 | 135.92 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7084 | 105,000.00 | 135.92 | 104,864.08 |
|  | 105,000.00 | 135.92 | 104,864.08 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   Robert B. Katz, Trustee   Date: 08/27/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals    105,000.00    135.92

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 27, 2014 |

Case Number: 11-50097　　　　　　　　　Claim Class Sequence
Debtor Name: COPE, JAY LYNN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $51,800.00 | $0.00 | $51,800.00 |
| 001 3220-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $2,199.80 | $0.00 | $2,199.80 |
| 025 CAF | Clerk, United States Bankruptcy Court<br>219 S. Dearborn St., Room 713<br>Chicago, IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 000001 070 UC | Village Green of East Dundee Condominium Assn.<br>Dickler Kahn Slowikowski & Zavell, Ltd.<br>85 W. Algonquin Road, Ste 420<br>Arlington Heights, IL 60005 | Unsecured | | $12,015.33 | $0.00 | $12,015.33 |
| 000002 070 UC | BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Unsecured | | $9,234,593.74 | $0.00 | $9,234,593.74 |
| | Case Totals: | | | $9,300,901.87 | $0.00 | $9,300,901.87 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

        Exhibit D

Case No.: 11-50097
Case Name: COPE, JAY LYNN
Trustee Name: Robert B. Katz, Trustee

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Springer Brown, LLC | $ | $ | $ |
| Charges: Clerk, United States Bankruptcy Court | $ | $ | $ |
| Other: Springer Brown, LLC | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Village Green of East Dundee | $ | $ | $ |
| 000002 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE