UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| COPE, JAY LYNN | § | Case No. 11-50097 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/30/2014 in Courtroom 682,
United States Courthouse
219 S. Dearborn St
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2014                    By: ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
COPE, JAY LYNN § Case No. 11-50097
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 105,000.00 |
| and approved disbursements of | $ | 135.92 |
| leaving a balance on hand of[1] | $ | 104,864.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 8,500.00 | $ 0.00 | $ 8,500.00 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 51,800.00 | $ 0.00 | $ 51,800.00 |
| Charges: Clerk, United States Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Springer Brown, LLC | $ 2,199.80 | $ 0.00 | $ 2,199.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 62,792.80 |
| Remaining Balance | | $ | 42,071.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,246,609.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Village Green of East Dundee | $ 12,015.33 | $ 0.00 | $ 54.67 |
| 000002 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ 9,234,593.74 | $ 0.00 | $ 42,016.61 |
| | Total to be paid to timely general unsecured creditors | | | $ 42,071.28 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jay Lynn Cope  
    Debtor

Case No. 11-50097-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 2     Date Rcvd: Aug 28, 2014  
                  Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2014.

```
db         +Jay Lynn Cope,    42 Brinker Road,    Barrington, IL 60010-4008
18253195 ++++AMERICAN SOUTHERN INSURANCE,    BUILDING 400, 5TH FLOOR,    3715 NORTHSIDE PKWY NW STE 4-00800,
             ATLANTA GA  30327-2822
             (address filed with court: American Southern Insurance,    3715 Northside Parkway,
             Building 400, 5th Floor,    Atlanta, GA 30327)
18253196   #+ARCH Insurance Company,    4 Embarcardo Center,    San Francisco, CA 94111-5982
18253193    +Algonquin Shores LLC 155,    10877 Wilshire Blvd,    12th Floor,    Los Angeles, CA 90024-4332
18253194    +Alliance Contractors,    1166 Lake Avenue,    Woodstock, IL 60098-7412
20584483    +BMO Harris Bank N.A. f/k/a Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4014
18253198    +Bank of America,    c/o Pierce & Associates,    1 N. Dearborn,    Chicago, IL 60602-4331
18253200    +D. Patrick Mullarkey,    Tax Division (DOJ),    P.O. Box 55 - Ben Franklin Station,
             Washington, DC 20044-0055
18253201    +First Community Bank,    c/o Argento Law Group, P.C.,    2175 Point Blvd., Suite 150,,
             Elgin, Illinois 60123-9212
18253202    +Fox Ridge Homeowners Assoc.,    c/o American Comm. Management,    1908 Wright Blvd.,
             Schaumburg, IL 60193-4587
18253203    +Gulf Ins. Co/Traveler's Indemnity,    1 Tower Square,    Hartford, CT 06183-0001
18253204    +Harris Bank,    201 S. Grove Ave.,    Barrington, IL 60010-4493
18253205    +Harris Bank NA,    201 S. Grove Ave,    Barrington, IL 60010-4493
18253207    +Harris Bank, N.A.,    201 S. Grove Ave.,    Barrington, IL 60010-4493
18253209    +Internal Revenue Service,    Counsel for Chicago Region,    200 West Adams Street, Suite 2300,
             Chicago, IL 60606-5231
18253210    +Kane County Clerk's Office,    719 Batavia Avenue,    Geneva, IL 60134-3099
18253211    +Kane County Treasurer's Office,    719 South Batavia Avenue,    Geneva, IL 60134-3000
18253212    +Mary Jane Cope,    42 Brinker Road,    Barrington, IL 60010-4008
18253213    +PNC Bank,    411 E. Wisconsin Ave.,    Milwaukee, WI 53202-4437
18253214    +Ron Jones Electric,    695 Schneider Drive,    South Elgin, IL 60177-1103
18253215    +Sequel Development LLC,    53 Brinker Road,    Barrington, IL 60010-4007
18253216    +Soil and Material Consultants, Inc,    8 West College Drive, Unit C,
             Arlington Heights, IL 60004-1962
18253217    +Union National Bank,    101 E. Chicago St.,    Elgin, IL 60120-6466
18253218    +Village Green of East Dundee Condo,    605 Barrington,    East Dundee, IL 60118-1400
20554393    +Village Green of East Dundee Condominium Assn.,    Dickler Kahn Slowikowski & Zavell, Ltd.,
             85 W. Algonquin Road, Ste 420,    Arlington Heights, IL 60005-4419
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18253208      E-mail/Text: cio.bncmail@irs.gov Aug 29 2014 00:16:28      Internal Revenue Service,
               District Director,    230 South Dearborn Street,    Chicago, IL 60651
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18253219      Windor Life Care, LLC
18253220      Windsor Development
18253221      Windsor Development Corp.
18253222      Windsor Life Care, LLC
18253223      Windsor Life Case Bartlett, LLC
18253206*    +Harris Bank NA,    201 S. Grove Ave.,    Barrington, IL 60010-4493
18253197   ##+B&G Services, Inc.,    1817 Anthony Lane,    McHenry, IL 60051-3704
18253199   ##+Christopher A. Cope,    308 S. Cook St.,    Barrington, IL 60010-4316
                                                                                   TOTALS: 5, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster            Page 2 of 2            Date Rcvd: Aug 28, 2014
                              Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Arthur E. Rosenson    on behalf of Defendant Mary Jane   Cope arosenson@crzlegal.com,
               arosenson@crglegal.com
              Christopher M Brown    on behalf of Creditor    Bank of America, N.A.
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              David  Audley    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A. audley@chapman.com,
               benz@chapman.com
              David  Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Elizabeth A. Bates    on behalf of Trustee Robert B Katz, ESQ ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Plaintiff Robert B Katz ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Gina  Lavarda    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               lavarda@chapman.com, bviola@chapman.com
              Joseph D Ryan    on behalf of Creditor    CKZ Investments, LLC jryan@ryanlawoffices.com
              Michael T. Benz    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A. benz@chapman.com,
               eickmann@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    on behalf of Trustee Robert B Katz, ESQ rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
              Scott N. Schreiber    on behalf of Debtor Jay Lynn Cope sschreiber@clarkhill.com,
               jwoyan@clarkhill.com
              Scott N. Schreiber    on behalf of Defendant Mary Jane   Cope sschreiber@clarkhill.com,
               jwoyan@clarkhill.com
              Shelly A. DeRousse    on behalf of Debtor Jay Lynn Cope sderousse@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Thomas J. Dillon    on behalf of Creditor    PNC Bank, NA mcfaddendillonlaw@ameritech.net
              Timothy J Somen    on behalf of Creditor    PNC Bank, NA t.somen@mcdillaw.com
              Vincent C Argento    on behalf of Creditor    First Community Bank vince@argentolaw.com
                                                                                             TOTAL: 19
```