UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
COPE, JAY LYNN                      §          Case No. 11-50097
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4)  This case was originally filed under chapter    on                .  The case was pending for     months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/Robert B. Katz, Trustee_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ASSOCIATED BANK | | | | | |
| UNITED STATES BANKRUPTCY CLERK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | BMO HARRIS BANK N.A. F/K/A HARRIS N | | | | | |
| 000001 | VILLAGE GREEN OF EAST DUNDEE CONDOM | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-50097 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | COPE, JAY LYNN | | | Date Filed (f) or Converted (c): | 12/14/11 (f) |
| | | | | 341(a) Meeting Date: | 02/02/12 |
| For Period Ending: | 11/03/14 | | | Claims Bar Date: | 06/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 42 Brinker Rd, Barrington, IL 60010 | 740,750.00 | 0.00 | | 0.00 | FA |
| 2. 605 Barrington Ave #230, East Dundee, IL 60118 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3. 605 Barrington Ave #228, East Dundee, IL 60118 | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. 801 N. McLean Blvd., #230, Elgin, IL 60123 | 45,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY | 900.00 | 0.00 | | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 4,000,000.00 | 0.00 | | 0.00 | FA |
| 13. OTHER LIQUIDATED DEBTS | 4,486,885.00 | 0.00 | | 0.00 | FA |
| 14. OTHER LIQUIDATED DEBTS | 7,308,403.00 | 0.00 | | 0.00 | FA |
| 15. OTHER LIQUIDATED DEBTS | 203,208.00 | 0.00 | | 0.00 | FA |
| 16. AUTOMOBILES AND OTHER VEHICLES | 300.00 | 0.00 | | 0.00 | FA |
| 17. BOATS AND ACCESSORIES | 200.00 | 0.00 | | 0.00 | FA |
| 18. MACHINERY & EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| 19. OTHER PERSONAL PROPERTY | 1,425.00 | 0.00 | | 0.00 | FA |
| 20. Adversary Complaint (u) | Unknown | 105,000.00 | | 105,000.00 | FA |
| 21. Windsor Life Care, LLC - Sole member | 0.00 | 0.00 | | 0.00 | FA |
| 22. Windsor Life Care Bartlett - Sole Member | 0.00 | 0.00 | | 0.00 | FA |
| 23. Algonquin Shores - 1/10th of 1% | 0.00 | 0.00 | | 0.00 | FA |
| 24. Windsor Development Corporation - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 25. Running Brook Farm, LLC - Sole Member | 0.00 | 0.00 | | 0.00 | FA |
| 26. Indian Lakes of Algonquin - Sole Member | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-50097 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | COPE, JAY LYNN | | | Date Filed (f) or Converted (c): | 12/14/11 (f) |
| | | | | 341(a) Meeting Date: | 02/02/12 |
| | | | | Claims Bar Date: | 06/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Prairie Lake Industrial Center, LLC - 50% Member | 0.00 | 0.00 | | 0.00 | FA |
| 28. Algonquin Shores, LLC 155 - 1.0 of 1% | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $16,860,121.00 | $105,000.00 | | $105,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion filed to settle trustee claims; hearing 4/24/14. Funds received 5/5/14.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-50097 -JBS | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | COPE, JAY LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7084 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2611 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | 20 | Mary Jane Cope<br>42 Brinker Rd<br>Barrington Hills, IL 60010-4008 | | 1249-000 | 105,000.00 | | 105,000.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.92 | 104,864.08 |
| 10/03/14 | 010001 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 8,500.00 | 96,364.08 |
| 10/03/14 | 010002 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 51,800.00 | 44,564.08 |
| 10/03/14 | 010003 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Expenses (Othe | 3220-000 | | 2,199.80 | 42,364.28 |
| 10/03/14 | 010004 | Clerk, United States Bankruptcy Court<br>219 S. Dearborn St., Room 713<br>Chicago, IL 60604 | CLERK, ADVERSARY FILING FEE | 2700-000 | | 293.00 | 42,071.28 |
| 10/03/14 | 010005 | Village Green of East Dundee<br>Condominium Assn.<br>Dickler Kahn Slowikowski & Zavell, Ltd.<br>85 W. Algonquin Road, Ste 420<br>Arlington Heights, IL 60005 | Claim 000001, Payment 0.45500% | 7100-000 | | 54.67 | 42,016.61 |
| 10/03/14 | 010006 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Claim 000002, Payment 0.45499% | 7100-000 | | 42,016.61 | 0.00 |

Page Subtotals 105,000.00 105,000.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-50097 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | COPE, JAY LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7084  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2611 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 105,000.00 | 105,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 105,000.00 | 105,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 105,000.00 | 105,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7084 | 105,000.00 | 105,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 105,000.00 | 105,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/   Robert B. Katz, Trustee_____   Date: 11/03/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*